**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1689

JOSH SHAPIRO,

Plaintiff - Appellant,

versus

CITY OF VIRGINIA BEACH CENTRAL LIBRARY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   Jerome B. Friedman, District Judge.   (2:06-cv-00280-JBF)

Submitted: October 17, 2006          Decided: October 19, 2006

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Josh Shapiro, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Josh Shapiro appeals the district court's order dismissing his civil complaint as frivolous under 28 U.S.C. § 1915(e) (2000). We have reviewed the record and find that the appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Shapiro v. City of Virginia Beach Central Library, No. 2:06-cv-00280-JBF (E.D. Va. filed June 7, 2006 & entered June 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

DISMISSED